UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID STORCK,

    Plaintiff,

v.

    Case No. 1:21-cv-247

    HONORABLE PAUL L. MALONEY

STATE OF MICHIGAN,

    Defendant.
_____/

## JUDGMENT

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that that Judgment is entered in favor of Defendant and against Plaintiff.

Dated: April 19, 2021

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge